## J. W. Lenox v. The State.

### No. 4404.  Decided February 10, 1909.

### Overruled March 10, 1909.

**1.—Carrying Pistol—Statement of Facts—Approval by Judge Necessary.**

Upon an appeal from a conviction of unlawfully carrying a pistol where the statement of facts was not approved by the judge, the same could not be considered.

**2.—Notice of Appeal—Entry of Record.**

Article 883, Code Criminal Procedure, requires that notice of appeal shall be given in open court and entered of rercord; an entry on the judge's docket is not sufficient.  Following Teague v. State, 53 Texas Crim. Rep., 503.

Appeal from the County Court of Erath.  Tried below before the Hon. M. J. Thompson.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

*Young & Johnson,* for appellant.

*F. J. McCord,* Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—The record is before us without notice of appeal.  For this reason the appeal will be dismissed.  We desire to notice, in passing, that the statement of facts contained in the record does not show that it was approved by the trial judge.  Should the record be perfected by showing the notice of appeal, we call attention to the failure of the court to approve the statement of facts. In the absence of the approval of the judge the statment of facts would not be considered.

Because notice of appeal is not shown in the record, the appeal is dismissed.

*Dismissed.*

#### ON REHEARING.

#### March 10, 1909.

DAVIDSON, Presiding Judge.—On a former day of the present term the appeal in this case was dismissed because notice of appeal did not appear in the transcript.  Appellant has filed a motion for rehearing and has attached thereto a certified copy of the judge's docket, showing that notice of appeal was entered on the docket. There is no showing that notice was ever placed in the minutes of the court.  Article 883 of the Code of Criminal Procedure provides that notice of appeal shall be given in open court and entered of record.  An entry on the judge's docket that the defendant gives notice of appeal is not an entry of record.  See Long v. State, 3

Texas ·Crim. App., 321; Teague v. State, 53 Texas Crim. Rep., 503.

The motion for rehearing is accordingly overruled.

*Overruled.*